## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| **REGIONS BANK, an Alabama banking corporation,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**LARRY D. SILVER, an individual; B. JUDSON HONAKER, JR, an individual; and EDWARD O. MINNIEAR, an individual;**<br><br>    **Defendants.** | **CIVIL ACTION NUMBER:**<br>**3:10-cv-00658** |

### NOTICE OF DISMISSAL WITH PREJUDICE
### PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiff, Regions Bank ("Regions" or the "Plaintiff"), by counsel, hereby dismisses this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). No defendant has served or filed either an answer or motion for summary judgment in this action.

/s/ Thomas R. Lynch
Michael S. Koplan (VA Bar No. 32893)
Email: mkoplan@babc.com
Thomas R. Lynch (VA Bar No. 73158)
Email: tlynch@babc.com
**Bradley Arant Boult Cummings LLP**
1133 Connecticut Avenue, NW
12th Floor
Washington, DC 20036
Telephone: 202-393-7150
Fax: 202-347-1684
*Counsel for Regions Bank*

5/18521.1